# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:22–mj–00219 |
| Justin Dee Adams | ) | Assigned To Magistrate Judge: Faruqui, Zia M. |
| DOB: XXXXXX | ) | Assign. Date : 10/7/2022 |
| | ) | Description: Complaint w/ Arrest Warrant |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the
_____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1)- | Assaulting, Resisting, or Impeding Certain Officers |
| 18 U.S.C. § 231(a)(3)- | Civil Disorder |
| 18 U.S.C. § 1752(a)(1)- | Entering and Remaining in a Restricted Building or Grounds |
| 18 U.S.C. § 1752(a)(2)- | Disorderly and Disruptive Conduct in a Restricted Building or Grounds |
| 18 U.S.C. § 1752(a)(4)- | Engaging in Physical Violence in a Restricted Building or Grounds |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Jennifer Faumuina, Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 10/07/2022

*Judge's signature*

City and state: Washington, D.C.   Judge Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*