AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
Justin Dee Adams

)
)
)
)
)
)
)

Case: 1:22-mj-00219
Assigned To Magistrate Judge: Faruqui, Zia M.
Assign. Date : 10/7/2022
Description: Complaint w/ Arrest Warrant

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) __Justin Dee Adams__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 111(a)(1)- Assaulting, Resisting, or Impeding Certain Officers
18 U.S.C. § 231(a)(3)- Civil Disorder
18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(4)- Engaging in Physical Violence in a Restricted Building or Grounds

2022.10.07
16:55:32 -04'00'

Date: __10/07/2022__

Issuing's signature

City and state: __Washington, D.C.__   Judge Zia M. Faruqui, U.S. Magistrate Judge

Printed name and title

### Return

This warrant was received on (date) __10/07/22__, and the person was arrested on (date) __10/19/2022__
at (city and state) __WEST JORDAN, UT__.

Date: __10/19/22__

Arresting officer's signature

JENNIFER L. FAUMUINA, TFO FBI
Printed name and title