# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )( | |
| )( | Criminal No. 22-350 (JEB) |
| v.   )( | Chief Judge Boasberg |
| )( | Plea Hearing: TBD |
| JUSTIN DEE ADAMS   )( | |

## JOINT STATUS REPORT

COMES NOW the United States of America and defendant Justin Dee Adams and respectfully submit a joint status report to the Court. Towards this end, the United States and Mr. Adams would show:

1. On October 7, 2022, Justin Adams was charged by complaint with violating 18 U.S.C. § 111(a)(1) (Assault of a Federal Officer) and related charges in connection with the events at the U.S. Capitol on January 6, 2021. He was subsequently indicted on October 26, 2021.

2. On October 19, 2021, federal agents arrested Mr. Adams at his home in Utah. In connection with this arrest, Mr. Adams ended up being charged with another violation of 18 U.S.C. § 111(a)(1) (Assault on a Federal Officer) in the United States District Court for the District of Utah (case no. 22-cr-419 (DBB)).

3. On October 28, 2021, a magistrate judge in Utah ordered Mr. Adams detained in both this case and his case in the Utah federal court.

4. After Mr. Adams was ordered to be detained, he decided to take his case in Utah to trial. While awaiting trial in his Utah case, Mr. Adams has been detained in a Utah jail. While awaiting trial in his Utah case, Mr. Adams and the government negotiated a plea agreement in this case. The signed plea documents have already been submitted to the Court.

5.  On June 15, 2023, after a jury trial, Mr. Adams was acquitted on the sole count that had been brought against him in the Utah federal court. Though this acquittal ended his detention in his Utah case, Mr. Adams is still being held in this case. Given that Mr. Adams is no longer being held in his Utah case, the parties jointly submit that a plea hearing can now be scheduled in this case.

6.  Additionally, given his acquittal in his Utah case, Mr. Adams intends to file a motion in the very near future asking this Court to review his order of preventive detention in this case. The government intends to respond to this motion when it is filed.

WHEREFORE, the United States of America and defendant Justin Dee Adams submit this joint status report to the Court.

Respectfully submitted,

\_\_\_\_/s/_____
Jerry Ray Smith, Jr.
D.C. Bar No. 448699
Counsel for Justin Dee Adams
717 D Street, N.W.
Suite 310
Washington, DC 20004
jerryraysmith@verizon.net
Phone: (202) 347-6101

Brian Morgan
D.O.J. Trial Attorney
Detailed to the District of Columbia
N.Y. Bar No. 4276804
601 D Street, N.W.
Washington, DC 20530
Brian.Morgan@usdoj.gov
(202) 305-3717