UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 22-cr-00350-JEB |
| : | |
| JUSTIN DEE ADAMS, : | |
| : | |
| Defendant. : | |

### GOVERNMENT'S RESPONSE TO DEFENSE MOTION TO LIFT PREVENTATIVE DETENTION

The United States, by and through its attorney, the United States Attorney for the District of Columbia, does not oppose the Defendant's motion to lift preventive detention.

In support of this response, the Government states as follows:

1. On October 7, 2022, Defendant was charged by complaint with several felony and misdemeanor counts related to the events at the United States Capitol on January 6, 2021.

2. On October 19, 2022, Defendant was arrested in the District of Utah.

3. On October 19, 2022, Defendant was charged in the District of Utah with one count of assault on a federal officer pursuant to 18 U.S.C. 111(a) in connection with his arrest.

4. On October 28, 2022, Defendant was ordered detained pending trial by a judge in the District of Utah.

5. By joint status report dated April 10, 2023, the parties informed the Court they had reached an agreement to resolve the present case through a guilty plea in advance of trial. Additionally, the parties informed the Court that Defendant's trial in Utah was scheduled to begin on June 13, 2023. The Court instructed the parties to provide an updated status report on June 16, 2023.

6. On June 16, 2023, the parties informed the Court that Defendant had been acquitted at trial

in Utah and that a plea hearing could now be scheduled in the present case.

7. On June 20, 2023, the Court scheduled a plea hearing to take place on July 6, 2023.

8. On June 22, 2023, Defendant moved this court to lift his preventive detention. In his motion, Defendant agreed that if he was released, he would consent to GPS location monitoring and travel restrictions. Additionally, he agreed to resume medical treatment at the V.A. Hospital, including getting treatment for anger-management issues.

9. The Government does not oppose the Defendant's request to lift his preventative detention, subject to the standard conditions of release and the additional conditions of release noted by Defendant above.

          Respectfully submitted,

          MATTHEW M. GRAVES
          United States Attorney
          DC Bar No. 481052

By:  /s/ *Brian Morgan*
      BRIAN MORGAN
      Trial Attorney
      NY Bar No. 4276804
      601 D Street NW
      Washington DC 20530
      (202) 305-3717
      Brian.Morgan@usdoj.gov