CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal Case No.: 22cr350-JEB |
| ) | |
| JUSTIN DEE ADAMS ) | |
| ) | |
| ) | |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____   Justin Adams
Defendant

_____   Jerry Smith
Counsel for Defendant

I consent:

_____
Assistant United States attorney

Approved:

_____   Date: 8/24/2023
Chief Judge Boasberg
United States District Judge